IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MAURICE HOLT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

16-cv-338-bbc

v.

JOHN DOE #1, JOHN DOE #2,
JOHN DOE #3, JOHN DOE #4,
JOHN DOE #5, JANE DOE #1 and
JANE DOE #2,

    Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff Maurice Holt's failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

| /s/ | 1/6/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |